## PAUL REEDER *v.* ZOHNE INDUSTRIES ET Al.

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 904 (AC 18023), is denied.

*Paul Reeder*, pro se, in support of the petition.

Decided September 15, 1998

## BANK OF NEW HAVEN *v.* JOSEPH M. CALDRELLO II ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 17900) is dismissed.

*Richard P. Weinstein*, in support of the petition.

*Paul M. Gaide*, in opposition.

Decided September 15, 1998